1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ALVARADO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00033 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND EXCLUSION OF |
| | ) | TIME |
| JESUS ALVARADO-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Friday, March 16, 2007, before Honorable Judge Martin Jenkins, may be continued to Friday, April 27, at 2:30 p.m., in Oakland, California, for change of plea.  Defense counsel is in the process of obtaining records which would not change the guideline calculations in the proposed plea agreement but are relevant to determining Mr. Alvarado-Sanchez' total criminal history score (which is left open in the plea agreement).  A continuance to April 27, 2007 at 2:30 p.m. will allow time for defense counsel to obtain the documents and be prepared for the change of plea.  The parties stipulate that the time from March

16, 2007, to April 27, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED:    March 16, 2007        _____
JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED:    March 16, 2007        _____
DEBORAH DOUGLAS    /S/
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, March 16, 2007 at 2:30 p.m. shall be continued to Friday, April 27, 2007 at 2:30 p.m. in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time from March 16, 2007 to April 27, 2007 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:    3/21/2007        _____
HONORABLE MARTIN J. JENKINS
United States District Judge