1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ALVARADO-SANCHEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,            )
12                                      )   No. CR 07-00033 MJJ
                      Plaintiff,        )
13                                      )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING CHANGE OF
14         v.                           )   PLEA DATE AND EXCLUSION OF
                                        )   TIME
15                                      )
   JESUS ALVARADO-SANCHEZ,              )
16                                      )
                      Defendant.        )
17

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

19 plea date in this case, currently scheduled for Friday, April 27, 2007, before Honorable Judge Martin

20 Jenkins, may be continued to Friday, May 11, at 2:30 p.m., in Oakland, California, for change of

21 plea. The reason for the continuance is that defense counsel is unavailable on April 27, 2007. In

22 addition, defense counsel has obtained the records but needs additional time to meet with client

23

24 and complete the investigation. A continuance to May 11, 2007 at 2:30 p.m. will allow defense

25 counsel to be present and also will allow time to complete the investigation. The parties stipulate

26 that the time from April 27, 2007, to May 11, 2007, should be excluded in accordance with the

STIP. CONTINUING
CHANGE OF PLEA DATE              - 1 -

provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 4/13/07

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 4/13/07

/S/
_____
DEBORAH DOUGLAS
Assistant United States Attorney

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, April 27, 2007, at 2:30 p.m. shall be continued to Friday, May 11, 2007 at 2:30 p.m. in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time from April 27, 2007 to May 11, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   4/16/2007

_____
HONORABLE MARTIN J. JENKINS
United States District Judge