1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR07-00033 MJJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA DATE AND EXCLUSION OF TIME |
| v. | ) | |
| JESUS ALVARADO-SANCHEZ, | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Thursday, June 28, 2007, at 10 a.m. before the Honorable Martin J. Jenkins, United States District Court Judge, be continued to Friday, June 29, 2007, at 2 p.m. in San Francisco, California, for change of plea. Assistant United States Attorney Deborah R. Douglas is unavailable on June 28, 2007, as she is presenting a case before the Grand Jury in Oakland from 9 a.m. to 3 p.m. on that date. The parties stipulate that the time from June 28,

*Stipulation Continuing*
*Change of Plea Date*

2007 to June 29, 2007 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), for continuity of government counsel.

Dated: 6/15/07

DEBORAH R. DOUGLAS
Assistant United States Attorney

Dated: 6/15/07

JOYCE LEAVITT
Assistant Federal Public Defender
Attorney for Defendant

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Thursday, June 28, 2007, at 10 a.m., shall be continued to Friday, June 29, 2007, at 2 p.m. in San Francisco, California, for change of plea.

IT IS FURTHER ORDERED that the time from June 28, 2007 to June 29, 2007 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), for continuity of government counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial and the failure to grant the requested continuance would unreasonably deny the Government continuity of counsel.

SO ORDERED.

Dated: 6/18/2007

HONORABLE MARTIN J. JENKINS
United States District Judge

*Stipulation Continuing*
*Change of Plea Date*

2