1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ALVARADO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00033 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND EXCLUSION OF |
| | ) | TIME |
| JESUS ALVARADO-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, specially set for Friday, June 29, 2007, before Honorable Judge Martin Jenkins, in San Francisco, California may be continued to Friday, August 17, at 2:30 p.m., in Oakland, California, for change of plea.  The reason for the continuance is that defense counsel is unavailable on June 29, 2007, and August 17, 2007 is the first date available to all parties.  In addition, defense counsel needs additional time to meet with client and review the investigation.  A continuance to August 17, 2007, at 2:30 p.m. will allow defense counsel to be present and finish reviewing the

STIP. CONTINUING
CHANGE OF PLEA DATE                - 1 -

1  investigation and records with her client.  The parties stipulate that the time from June 29, 2007, to

2  August 17, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18

3  U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of

4  counsel.

DATED: 6/25/07                              _____
                                            JOYCE LEAVITT      /S/
                                            Assistant Federal Public Defender

DATED: 6/25/07                              _____
                                            DEBORAH DOUGLAS     /S/
                                            Assistant United States Attorney

## SIGNATURE ATTESTATION

   I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

STIP. CONTINUING
CHANGE OF PLEA DATE                  - 2 -

1
2                                          **ORDER**

3      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this

4  case, currently scheduled for Friday, June 29, 2007, at 2:00 p.m. shall be continued to Friday,

5  August 17, 2007 at 2:30 p.m. in Oakland, California, for change of plea.

6      IT IS FURTHER ORDERED that the time from June 29, 2007 to August 17, 2007, should be

7
8  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

9  (B)(iv) for continuity of counsel and adequate preparation of counsel.  The Court finds that the ends

10  of justice served by the granting of the continuance outweigh the best interests of the public and the

11  defendant in a speedy and public trial and the failure to grant the requested continuance would

12  unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,

13  taking into account due diligence.

14
15      SO ORDERED.

16  DATED:    6/28/2007
                                        _____
17                                      HONORABLE MARTIN J. JENKINS
                                        United States District Judge

18
19
20
21
22
23
24
25
26

STIP. CONTINUING
CHANGE OF PLEA DATE                  - 3 -