1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ALVARADO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00033 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND EXCLUSION OF |
| | ) | TIME |
| JESUS ALVARADO-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, specially set for Friday, August 17, 2007, before Honorable Judge Martin Jenkins may be continued to Friday, August 31, at 2:30 p.m., in Oakland, California, for change of plea. A continuance to August 31, 2007, at 2:30 p.m. will allow defense counsel to complete all investigation and review it with her client in preparation for the change of plea. The parties stipulate that the time from August 17, 2007, to August 31, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

STIP. CONTINUING
CHANGE OF PLEA DATE                - 1 -

DATED: 8/17/07

JOYCE LEAVITT   /S/
Assistant Federal Public Defender

DATED: 8/17/07

DEBORAH DOUGLAS   /S/
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, August 17, 2007, at 2:30 p.m. shall be continued to Friday, August 31, 2007 at 2:30 p.m. in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time from August 17, 2007 to August 31, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 8/22/2007

HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
CHANGE OF PLEA DATE                           - 2 -